UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL ALIM POPAL and MARYAM AHMADI POPAL,<br><br>Appellants, | No. 2:16-cv-290-JAM<br><br>ORDER |
| In re ABDUL ALIM POPAL and MARYAM AHMADI POPAL<br><br>Debtors | |

On March 16, 2016, the Clerk of the Bankruptcy Court notified this court that the record on appeal was incomplete in that it did not include a designation of record, statement of issues, reporter's transcript or notice regarding the transcript.  ECF No. 3.

An appellant's failure to take the necessary steps to prosecute the appeal may be grounds for sanctions, up to and including dismissal of the appeal. *Greco v. Stubenberg*, 859 F.2d 1401, 1404 (9th Cir. 1988).  As appellants have taken no steps to complete the record necessary to the appeal, and appellants are directed to show cause in writing on or before April 29, 2016, why the appeal should not be dismissed.

IT IS SO ORDERED.

DATED: April 4, 2016

/s/ John A. Mendez_____

United States District Court Judge

1